JAMAL ANTHONY (DOC# 410761)

VERSUS

STATE OF LOUISIANA

NO. 23-KH-429

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Wiseman*

Linda Wiseman
First Deputy, Clerk of Court

September 14, 2023

Linda Wiseman
First Deputy Clerk

IN RE JAMAL ANTHONY (DOC# 410761)

APPLYING FOR  SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE R. CHRISTOPHER COX, III, DIVISION "B", NUMBER 15-7270

Panel composed of Judges Susan M. Chehardy,
Robert A. Chaisson, and Stephen J. Windhorst

**WRIT OF MANDAMUS GRANTED**

In this *pro se* application for writ of mandamus, relator contends that the district court has failed to rule on his motion to correct an illegal sentence, which he asserts he filed on May 3, 2023, in the Twenty-Fourth Judicial District Court, Case Number 15-7270.

We first note that relator has failed to attach a copy of the motion to his writ application.  The official record, however, indicates relator filed a motion to correct illegal sentence on May 3, 2023, and that on May 15, 2023, the district court ordered the State to file any response it deems proper with 60 days.  To date, the State has not filed a response, and the 60-day deadline expired on July 14, 2023.

In light of the foregoing, we grant relator mandamus relief and direct the district court to rule on relator's motion to correct illegal sentence, if it has not

already done so, within 20 days from the date of this disposition, and to furnish relator and this court with a copy of the ruling.

Gretna, Louisiana, this 14th day of September, 2023.

**SJW**
**SMC**
**RAC**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **09/14/2023** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**23-KH-429**

### E-NOTIFIED
24th Judicial District Court (Clerk)
R. Christopher Cox, III (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Jamal Anthony #410761 (Relator)
David Wade Correctional Center
670 Bell Hill Road
Homer, LA 71040